UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRADLEY BLACKWELL,<br><br>    Plaintiff,<br><br>    v.<br><br>DAVID TSUI, et al.,<br><br>    Defendants. | No. 2:21-cv-2207 KJM AC P<br><br>ORDER |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis with this civil rights action filed pursuant to 42 U.S.C. § 1983. By order filed May 23, 2023, this case was referred to the court's Post-Screening ADR (Alternative Dispute Resolution) Project and stayed for a period of 120 days. ECF No. 21. That order provided defendants the opportunity to request opting out of the ADR Project based on a good faith belief that a settlement conference would be a waste of resources. Id. at 2. Defendants now request to opt out of the Post-Screening ADR Project. ECF No. 24. Having reviewed the request, the court finds good cause to grant it.

Good cause appearing, IT IS HEREBY ORDERED that:

1. Defendants' motion to opt out of the Post-Screening ADR Project (ECF No. 24) is GRANTED.

2. The ADR stay of this action, commencing May 23, 2023 (ECF No. 21), is LIFTED.

////

1

3. Within twenty-one days of the filing of this order, defendants shall file a response to the complaint.

DATED: July 24, 2023

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE